

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
BETH WATKINS
LIZA A. RODRIGUEZ
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

MICHAEL A. CRUZ,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

November 7, 2019

Todd A. Durden
501 S. Ann St.
P.O. Box 365
Brackettville, TX 78832
* DELIVERED VIA E-MAIL *

Robert T. Bass
Allison, Bass & Magee, L.L.P.
402 West 12th Street
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Sid L. Harle
C/O Criminal District Court
Administrator
Cadena-Reeves Justice Center
300 Dolorosa, Suite 4076
San Antonio, TX 78205

Stacey M. Soule
State Office of Prosecuting
Attorney
P.O. Box 13046
Capitol Station
Austin, TX 78711
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-19-00776-CV
       Trial Court Case Number:    4845, 4863, 4866
       Style:  In re State of Texas, ex. rel. Todd A. "Tadeo" Durden, County
       Attorney

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
Michael A. Cruz,
Clerk of Court

Monica Rivera
Deputy Clerk, Ext. 53855

cc: Ricardo Alvarado (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2019

No. 04-19-00776-CV

**IN RE STATE OF TEXAS**, ex. rel. Todd A. "Tadeo" Durden, County Attorney

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Patricia O. Alvarez, Justice
                Irene Rios, Justice
                Liza A. Rodriguez, Justice

On November 4, 2019, relator filed a petition for writ of mandamus complaining of the trial court's July 10, 2019 "Citation to Todd A. Durden to Appear and Show Authority, . . . and for Consideration of Sanctions, . . . and Order of Protection" (the "Citation"). The Citation stated a hearing would be held on July 31, 2019 at which time Mr. Durden was to appear and show the basis of his authority to bring underlying civil suits. The order also stayed the production of any transcripts at Kinney County's expense pending the trial court's ruling on Mr. Durden's capacity to bring the litigation. According to relator, no hearing was held and the case was assigned to the Honorable Sid Harle.

On October 4, 2019, Judge Harle conducted a hearing on a motion to dismiss and for final summary judgment filed by the defendants. On October 8, 2019, the trial court signed an "Order Granting [Defendants'] Motion to Dismiss and for Final Summary Judgment and Denying [Plaintiff's, the relator here] Motion for Partial Summary Judgment." In the order, the trial court found Mr. Durden, "in his official capacity as County Attorney of Kinney County, Texas, has no legal standing or capacity to initiate civil litigation in the absence of clear and unambiguous statutory authority . . . ." The order also states as follows:

> As for the determination of allocation of costs, both parties have requested Court Costs. The case being resolved substantially in favor of the Defendant, the Court orders Plaintiff [relator], personally and individually, to pay all costs of court, including the cost of any transcripts, filing fees or service fees associated with this litigation.

---

[1] This proceeding arises out of Cause No. 4845, 4863, 4866, styled *The State of Texas, ex. rel. Todd A. Durden, in His Official Capacity as County Attorney v. James T. "Tully" Shahan, in His Official Capacity as County Judge; et al.*, pending in the 63rd Judicial District Court, Kinney County, Texas, the Honorable Sid L. Harle presiding.

This order is the subject of two appeals pending before this court. Because it appears the trial court's October 8, 2019 order moots the complaint raised in this original proceeding, relator is hereby ORDERED to show cause in writing **no later than November 18, 2019** why this original proceeding should not be dismissed as moot. If relator does not timely respond, this original proceeding will be dismissed as moot.

It is so **ORDERED** on November 7, 2019.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court